UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

RAMONA OLANO,

           Plaintiff,

           -against-

DESIGNS BY RJR, LTD. d/b/a RANDI RAHM ATELIER and RANDI RAHM, individually,

           Defendants.

---------------------------------

17cv5703

ORDER

WILLIAM H. PAULEY III, District Judge:

        This Court has reviewed the settlement agreement and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to mark this case as closed.

Dated: November 20, 2017
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.